AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| USA Bullpadel LLC | ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )<br>)    Civil Action No.    1:26-cv-21967-DSL |
| Aguirre y CIA S.A. and IBC New York LLC | ) <br> ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Aguirre y CIA SA.

Trespaderne No. 29, Edificio Barajas 1, 28042, Madrid, Spain

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
USA Bullpadel LLC c/o
Rafael Recalde, Esq.
Recalde Law Firm, P.A.
77 Harbor Dr #3
Key Biscayne FL 33149

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Mar 25, 2026

*s/ K. Rivers*

Angela E. Noble
Clerk of Court

Deputy Clerk
U.S. District Courts